# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_Cophogix Corp_
Plaintiff(s),

v.

_Asher Levitsky_
Defendant(s).

CASE NO: 3:02CV1611 (AWT)

FILED
2005 APR 29 P 2:24
U.S. DISTRICT COURT
NEW HAVEN CT

## SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

### PRELIMINARY / FINAL
(Please circle one)

1. **Date Conference Held:** April 29, 2005

2. **Counsel Present For the Plaintiff(s):** Eliot B. Gersten, Esq
   **Counsel Present For the Defendant(s):** David Robertson, Esq

3. **Parties Present:**
   For the Plaintiff(s): T. W. Russell
   For the Defendant(s): A. Levitsky

4. **Was Settlement Reached?:** Yes ___ No ✓
   (Please check one)

5. **Is a Follow-Up Conference Recommended?:** Yes ✓ No ___
   (Please check one)

   If so, when should a follow-up conference take place? _2 weeks_

   When should a final settlement conference report will be filed? _____

6. **Any Additional Comments:** _____

x _____            x _[signature]_
Special Master Signature                 Special Master Signature

**THE SPECIAL MASTERS SHALL COMPLETE AND FILE THIS ORIGINAL REPORT WITH THE CLERK'S OFFICE IN NEW HAVEN IMMEDIATELY FOLLOWING THE CONFERENCE. A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED AS SET FORTH ABOVE.**
THANK YOU.

rev. 04/05