02cv1161
mt N wd

FILED

2005 NOV 29 P 3: 01



U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CORLOGIX CORPORATION and            :
THEODORE WILLIAM RUSSELL            :
    Plaintiffs                 :
                                :
v.                                  :   CIVIL ACTION
                                :   NO. 3:02-CV-01611 (AWT)
ASHER S. LEVITSKY, P.C.             :
and ASHER S. LEVITSKY               :
    Defendants                 :   NOVEMBER 16, 2005

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned counsel hereby moves this court to allow the undersigned to withdraw his appearance for the defendants, Asher S. Levitsky and Asher S. Levitsky, P.C., for the reason that the undersigned attorney is no longer with the firm of Bai, Pollock, Blueweiss & Mulcahey, P.C., the firm which currently represents the defendants in this matter.

For all the foregoing reasons, the motion to withdraw as counsel for Asher Levitsky and Asher S. Levitsky, P.C. should be granted.

**GRANTED.   It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/1/05

THE DEFENDANTS
ASHER S. LEVITSKY and
ASHER S. LEVITSKY, P.C.

By: _____
Keith M. Blumenstock
Federal Bar No. ct 417457
Halloran & Sage
225 Asylum St.
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)