UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

<u>IN RE</u>

CORLOGIX CORP.,

PLAINTIFF,
THEODORE WILLIAM RUSSELL,

TRUSTEE,
JOHN J. O'NEIL, JR.,

    v.                               Case Number:   3:02CV1611 (AWT)

ASHER S. LEVITSKY, PC,
EASANU KATSKY KORINS & SIGER, LLP,
RANDOLPH AMENGUAL, STEPHEN D. BRODIE,
DAVID L. KATSKY, ADRIENNE B. KOCH,
EUGENE V. KOKOT, ROY M. KORINS,
DENNIS C. KREIGER, ANDREW B. LEVINE,
THOMAS M. LOPEZ, GREGORY K. MARKS,
JEFFREY M. SIGER, STEPHEN J. SWIATKIEWICZ,
MERYL L. UNGER, MARCY WACHTEL,
MARK WALFISH, JOEL S. WEISS,
ELIAS M. ZUCKERMAN,

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>June 28, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within Sixty (60) days thereafter.

Accordingly, an order of dismissal will be entered on August 28, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, June 29, 2006.

                                          KEVIN F. ROWE, CLERK

                                          By: _____/s/_____
                                                Robert K. Wood
                                                Deputy Clerk

EOD_____