UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
In re:                         :
                               :
     CORLOGIX CORPORATION      :   Bank. Case No. 01-22397(RLK)
                               :
                               :   Adv. Pr. No. 01-02010(RLK)
-------------------------------x
CORLOGIX CORPORATION, and      :
THEODORE WILLIAM RUSSELL,      :
                               :
          Plaintiffs,          :
                               :
     v.                        :   CASE NO. 3:00CV1357 (AWT)
                               :
ASHER LEVITSKY, P.C., and      :
ASHER S. LEVITSKY,             :
                               :
          Defendants,          :
-------------------------------x
JOHN J. O'NEILL, JR., TRUSTEE, :
and THEODORE WILLIAM RUSSELL,  :
                               :
          Plaintiffs,          :
                               :
     v.                        :   CASE NO. 3:02CV1611 (AWT)
                               :
ASHER LEVITSKY, ASHER LEVITSKY,:
P.C., ESANU KATSKY KORINS &    :
SIGER, LLP, RANDOLPH AMENGUAL, :
STEPHEN D. BRODIE, DAVID L.    :
KATSKY, ADRIENNE B. KOCH,      :
EUGENE V. KOKOT, ROY M. KORINS,:
DENNIS C. KREIGER, ANDREW B.   :
LEVINE, THOMAS M. LOPEZ,       :
GREGORY K. MARKS, JEFFREY M.   :
SIGER, STEPHEN J. SWIATKIEWICZ,:
MERYL L. UNGER, MARCH WACHTEL, :
MARK WALFISH, JOEL S. WEISS,   :
and ELIAS M. ZUCKERMAN,        :
                               :
          Defendants.          :
-------------------------------x
```

## JUDGMENT

This action having come on for consideration before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case, including applicable principles of law, and having granted the plaintiff's motion to dismiss, with prejudice and without costs, by an endorsement order, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered, and this action is dismissed with prejudice.

Dated at Hartford, Connecticut, this 28th day of September, 2006.

                                        KEVIN F. ROWE, Clerk

                                        By     /s/ SLS
                                               Sandra Smith
                                               Deputy Clerk